IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| CHARLES W. PAK | § | |
| --- | --- | --- |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 6:16-CV-102 |
| | § | |
| V. | § | |
| | § | |
| MATTHEW RECIO, ET AL. | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff Charles W. Pak's ("Plaintiff") First Amended Complaint. (Doc. No. 12.) Magistrate Judge John D. Love filed a Report and Recommendation that contains his proposed findings of fact and recommendations for the *sua sponte* dismissal of this action with prejudice on July 21, 2016. (Doc. No. 18.) Given that no objections to the Report and Recommendation were filed during the prescribed objection period, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation.

For the reasons stated in the Report and Recommendation, all of Plaintiff's claims against the following Defendants are **DISMISSED WITH PREJUDICE**: Matthew Recio, Sarah A. Starnes, Dale Starnes, John Trube, Ricardo Reyes, and Minerva Tovar. To the extent Plaintiff intended to include the following as Defendants, Plaintiff's claims against them are also **DISMISSED WITH PREJUDICE**: Unknown Arriaga, Unknown Gamez, Unknown Garcia, Unknown House, Unknown Mireles, Wana Recio, Gary House, Chris Cavallo, John Mireles, Melissa Mireles, Krystal Hodge, Tyler Police Department, Unknown Mother Frances Hospital Employee, Unknown Smith County

Sheriff's Deputies, and Unknown Tyler Police Officers. As no Defendants remain in this action, it is

**DISMISSED WITH PREJUDICE**.

**SIGNED this 24th day of August, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE